UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MARCUS ZINMAN, | No. 2:23-cv-02404-TLN-JDP |
| Petitioner, | |
| v. | **ORDER** |
| JEFF MACOMBER, | |
| Respondent. | |

Petitioner Justin Marcus Zinman ("Petitioner"), a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 16, 2024, the magistrate judge filed findings and recommendations herein which were served on Petitioner, and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 36.) Petitioner has filed timely and untimely objections to the findings and recommendations. (ECF Nos. 37, 42.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 16, 2024 (ECF No. 36), are ADOPTED IN FULL;

2. Petitioner's Motion for Reconsideration (ECF No. 33) is DENIED;

3. Petitioner's Second Motion for Reconsideration (ECF No. 38) is DENIED;

4. Petitioner's Motion for Pretrial Conference (ECF No. 41) is DENIED; and

5. Petitioner is notified that any future filings in this action will be disregarded.

IT IS SO ORDERED.

Date: January 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE